AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mora, Mindy A. | U.S. BANKRUPTCY - S DIST OF FL | 11/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY COURT JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

THE FLAGLER WATERVIEW BUILDING
1515 NORTH FLAGLER DRIVE, ROOM 801
WEST PALM BEACH, FL 33401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EXECUTIVE BOARD MEMBER | ASSOCIATION OF COMMERCIAL FINANCE ATTORNEYS |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE FLORIDA BAR | 2/5/20-2/6/20 | FLORIDA | BAR MEETING | LODGING, MEAL |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | 1/24/20 | TAMPA, FL | SEMINAR SPEAKER | TRANSPORTATION |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CITIBANK CITIGOLD CHECKING | A | Int./Div. | J | T | | | | | |
| 2. CITIBANK CITIGOLD CHECKING | A | Int./Div. | J | T | | | | | |
| 3. CITIBANK CITIGOLD SAVINGS | A | Int./Div. | L | T | | | | | |
| 4. FIDELITY GOVERNMENT MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 5. RLS/TLH HUGHES-1, LLC | G | Distribution | N | W | | | | | |
| 6. FIDELITY MMKT PREMIUM CLASS | A | Int./Div. | J | T | | | | | |
| 7. ISHARES RUSSELL 2000 ETF | A | Int./Div. | K | T | | | | | |
| 8. SPDR S&P 500 ETF TRUST | B | Int./Div. | M | T | | | | | |
| 9. CALL ISHARES RUSSELL | B | Int./Div. | | | Buy | 01/10/20 | J | | |
| 10. | | | | | Sold | 01/10/20 | J | A | |
| 11. | | | | | Buy | 12/30/20 | J | | |
| 12. | | | | | Sold | 12/30/20 | J | A | |
| 13. PUT ISHARES RUSSELL | B | Int./Div. | | | Buy | 01/10/20 | J | | |
| 14. | | | | | Sold | 01/10/20 | J | A | |
| 15. | | | | | Buy | 12/30/20 | J | | |
| 16. | | | | | Sold | 12/30/20 | J | A | |
| 17. | | | | | Buy | 12/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/30/20 | J | B | |
| 19. SPDR S&P 500 ETF TRUST TRUST | B | Int./Div. | J | T | Sold (part) | 02/04/20 | J | A | |
| 20. FIDELITY MMKT PREMIUM CLASS | B | Int./Div. | J | T | Buy | 08/04/20 | J | | |
| 21. | | | | | Sold (part) | 09/30/20 | J | A | |
| 22. | | | | | Sold (part) | 12/30/20 | J | A | |
| 23. | | | | | Sold (part) | 12/31/20 | J | A | |
| 24. FIDELITY TREASURY MONEY MARKET FUND | A | Int./Div. | J | T | | | | | |
| 25. IRA: FIDELITY GOVERMENT CASH RESERVES | A | Int./Div. | M | T | | | | | |
| 26. IRA: ARK ETF TR GENOMIC REV ETF | A | Int./Div. | K | T | Buy | 12/30/20 | J | | |
| 27. IRA: FIDELITY MSCI CONSUMER DISCRETIONARY | A | Int./Div. | L | T | Sold (part) | 04/08/20 | J | A | |
| 28. | | | | | Sold (part) | 05/12/20 | J | A | |
| 29. | | | | | Sold (part) | 05/14/20 | J | A | |
| 30. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 31. IRA: FIDELITY MSCI CONSUMER STAPLES INDEX | A | Int./Div. | K | T | Buy (add'l) | 04/08/20 | J | | |
| 32. | | | | | Sold (part) | 05/12/20 | J | A | |
| 33. | | | | | Sold (part) | 05/14/20 | J | A | |
| 34. | | | | | Buy (add'l) | 12/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   IRA: FIDELITY MSCI ENERGY INDEX | A | Int./Div. | J | T | Sold (part) | 04/08/20 | J | A | |
| 36. | | | | | Sold (part) | 05/12/20 | J | A | |
| 37. | | | | | Sold (part) | 05/14/20 | J | A | |
| 38. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 39.   IRA: FIDELITY MSCI FINLS INDEX | A | Int./Div. | L | T | Sold (part) | 04/08/20 | J | A | |
| 40. | | | | | Sold (part) | 05/12/20 | J | A | |
| 41. | | | | | Sold (part) | 05/14/20 | J | A | |
| 42. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 43.   IRA: FIDELITY MSCI HEALTH CARE INDEX | A | Int./Div. | M | T | Sold (part) | 04/08/20 | J | A | |
| 44. | | | | | Sold (part) | 05/12/20 | J | A | |
| 45. | | | | | Sold (part) | 05/14/20 | J | A | |
| 46. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 47.   IRA: FIDELITY MSCI INDL INDEX | A | Int./Div. | L | T | Buy (add'l) | 04/08/20 | J | | |
| 48. | | | | | Sold (part) | 05/12/20 | J | A | |
| 49. | | | | | Sold (part) | 05/14/20 | J | A | |
| 50. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 51.   IRA: FIDELITY MSCI INFORMATION TECHNOLOGY | A | Int./Div. | M | T | Sold (part) | 05/12/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 05/17/20 | J | A | |
| 53. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 54. IRA: FIDELITY MSCI REAL ESTATE INDEX | A | Int./Div. | K | T | Buy (add'l) | 04/08/20 | J | | |
| 55. | | | | | Sold (part) | 05/12/20 | J | A | |
| 56. | | | | | Sold (part) | 05/14/20 | J | A | |
| 57. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 58. IRA: FIDELITY MSCI UTILS INDEX | A | Int./Div. | K | T | Sold (part) | 05/12/20 | J | A | |
| 59. | | | | | Sold (part) | 05/14/20 | J | A | |
| 60. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 61. IRA: FIDELITY MSCI COMMUNICATION SERVICES | A | Int./Div. | L | T | Sold (part) | 05/12/20 | J | A | |
| 62. | | | | | Sold (part) | 05/14/20 | J | A | |
| 63. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 64. IRA: FIDELITY MSCI MATLS INDEX | A | Int./Div. | K | T | Sold (part) | 04/08/20 | J | A | |
| 65. | | | | | Sold (part) | 05/12/20 | J | A | |
| 66. | | | | | Sold (part) | 05/14/20 | J | A | |
| 67. | | | | | Buy (add'l) | 12/14/20 | J | | |
| 68. IRA: ISHARES S&P 500 GROWTH | A | Int./Div. | N | T | Sold (part) | 12/03/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 70. IRA: ISHARES S&P 500 VALUE | A | Int./Div. | M | T | Sold (part) | 04/15/20 | J | A | |
| 71. | | | | | Sold (part) | 09/04/20 | J | A | |
| 72. | | | | | Sold (part) | 12/03/20 | J | A | |
| 73. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 74. IRA: ISHARES S&P MID-CAP 400 GROWTH | A | Int./Div. | K | T | Sold (part) | 04/15/20 | J | A | |
| 75. | | | | | Buy (add'l) | 09/07/20 | J | | |
| 76. | | | | | Sold (part) | 12/03/20 | J | A | |
| 77. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 78. IRA: ISHARES TRUSTS S&P MID CAPITAL | A | Int./Div. | K | T | | | | | |
| 79. IRA: ISHARES S&P SMALL CAP 600 VALUE INDEX | A | Int./Div. | K | T | Sold (part) | 04/15/20 | J | A | |
| 80. | | | | | Sold (part) | 09/04/20 | J | A | |
| 81. | | | | | Sold (part) | 12/03/20 | J | A | |
| 82. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 83. IRA: ISHARES S&P SMALL CAP 600 GROWTH | A | Int./Div. | K | T | Sold (part) | 04/15/20 | J | A | |
| 84. | | | | | Sold (part) | 04/15/20 | J | A | |
| 85. | | | | | Sold (part) | 09/04/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 87. | | | | | Buy (add'l) | 12/30/20 | J | | |
| 88.    IRA: ISHARES TR MSCI USA MIN | A | Int./Div. | J | T | Buy | 12/30/20 | J | | |
| 89.    IRA: ISHARES TR MSCI QLT FCT | A | Int./Div. | J | T | Buy | 12/30/20 | J | | |
| 90.    IRA: ISHARES TRUST MSCI USA SIZE FACTOR | A | Int./Div. | J | T | Buy | 12/30/20 | J | | |
| 91.    IRA: ISHARES TR MSCI USA VALUE | A | Int./Div. | J | T | Buy | 12/30/20 | J | | |
| 92.    IRA: ISHARES TR MSCI USA MMENTM | A | Int./Div. | J | T | Buy | 12/30/20 | J | | |
| 93.    IRA: SPDR SER TR S&P KENSHO | A | Int./Div. | K | T | Buy | 12/30/20 | J | | |
| 94.    IRA: INVESCO EXCH TR | A | Int./Div. | K | T | Buy | 03/03/20 | J | | |
| 95.    IRA: CALL SPDR S&P 500 | A | Int./Div. | K | T | Buy | 03/02/20 | J | | |
| 96.    IRA: FID CONVERVATIVE INCOME BOND FUND | A | Int./Div. | | | Sold (part) | 03/02/20 | J | A | |
| 97. | | | | | Sold | 09/14/20 | J | A | |
| 98.    IRA: PUT SPDR S&P | A | Int./Div. | | | Sold (part) | 03/02/20 | J | A | |
| 99. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 100. | | | | | Sold | 06/16/20 | J | A | |
| 101.   IRA: ISHARES MSCI EAFE | A | Int./Div. | | | Sold (part) | 04/15/20 | J | A | |
| 102. | | | | | Sold | 12/15/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA: ISHARES S&P MIDCAP 400 VALUE | A | Int./Div. | | | Sold | 04/15/20 | J | A | |
| 104. IRA: ISHARES TRUST MSCI EMG MKTS | A | Int./Div. | | | Sold | 04/15/20 | J | A | |
| 105. IRA: FIDELITY MMKT PREMIUM CLASS | A | Int./Div. | | | Buy | 08/04/20 | J | | |
| 106. | | | | | Sold (part) | 08/24/20 | J | A | |
| 107. | | | | | Sold (part) | 08/24/20 | J | A | |
| 108. | | | | | Sold (part) | 09/04/20 | J | A | |
| 109. | | | | | Sold | 12/14/20 | J | A | |
| 110. IRA: FID CONSERVATIVE INCOME BOND FUND | A | Int./Div. | | | Buy | 08/24/20 | J | | |
| 111. | | | | | Buy (add'l) | 08/24/20 | J | | |
| 112. | | | | | Sold | 09/04/20 | J | A | |
| 113. IRA: ISHARES TRUST S&P 500/BAR | A | Int./Div. | N | T | Buy | 09/04/20 | J | | |
| 114. IRA: ISHARES TRUST S&P MID CAPITAL | A | Int./Div. | K | T | Buy | 09/04/20 | J | | |
| 115. | | | | | Sold (part) | 12/03/20 | J | A | |
| 116. | | | | | Buy | 12/30/20 | J | | |
| 117. IRA: INVESCO OPPENHEIMER TOTAL RETURN | A | Int./Div. | | | Buy | 09/14/20 | J | | |
| 118. | | | | | Sold | 09/29/20 | J | A | |
| 119. IRA: INVESCO CORE BOND | A | Int./Div. | | | Sold | 12/11/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. IRA: ISHARES TRUST MSCI EMG MKTS | A | Int./Div. | | | Sold | 12/15/20 | J | A | |
| 121. IRA: EAVOL NASDAQ 100 VOL OVERLAY FUND | A | Int./Div. | | | Sold | 12/29/20 | J | A | |
| 122. ROTH IRA: BARON PARTNERS FUND | A | Int./Div. | | | Sold | 12/11/20 | J | A | |
| 123. IRA: OAKHURST INCOME FUND II | A | Int./Div. | M | T | | | | | |
| 124. IRA: HSR INCOME AND VALUE REIT | A | Int./Div. | M | T | | | | | |
| 125. IRA: OAKHURST INCOME FUND I | A | Int./Div. | M | T | | | | | |
| 126. IRA: OAKHURST REAL ESTATE FUND III | A | Int./Div. | M | T | | | | | |
| 127. ROTH IRA: FIDELITY MMKT PREMIUM CLASS | A | Int./Div. | J | T | Buy | 05/14/20 | J | | |
| 128. | | | | | Sold<br>(part) | 12/11/20 | J | A | |
| 129. ROTH IRA: FIDLEITY MSCI CONSUMER DISCRETIONARY | A | Int./Div. | | | Sold<br>(part) | 04/08/20 | J | A | |
| 130. | | | | | Sold | 05/14/20 | J | A | |
| 131. ROTH IRA: FIDELITY MSCI CONSUMER STAPLES | A | Int./Div. | | | Buy | 04/08/20 | J | | |
| 132. | | | | | Sold | 05/14/20 | J | A | |
| 133. ROTH IRA: FIDELITY MSCI ENERGY INDEX | A | Int./Div. | | | Sold<br>(part) | 04/08/20 | J | A | |
| 134. | | | | | Sold | 05/14/20 | J | A | |
| 135. ROTH IRA: FIDELITY MSCI HEALTH CARE INDEX | A | Int./Div. | | | Sold<br>(part) | 04/08/20 | J | A | |
| 136. | | | | | Sold | 05/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ROTH IRA: FIDELITY MSCI MATLS INDEX | A | Int./Div. | | | Sold (part) | 04/08/20 | J | A | |
| 138. | | | | | Sold | 05/14/20 | J | A | |
| 139. ROTH IRA: FIDELITY MSCI FINLS INDEX | A | Int./Div. | | | Sold (part) | 04/08/20 | J | A | |
| 140. | | | | | Sold | 05/14/20 | J | A | |
| 141. ROTH IRA: FIDELITY MSCI INDL INDEX | A | Int./Div. | | | Buy | 04/08/20 | J | | |
| 142. | | | | | Sold | 05/14/20 | J | A | |
| 143. ROTH IRA: FIDELITY MSCI REAL ESTATE INDEX | A | Int./Div. | | | Buy | 04/08/20 | J | | |
| 144. | | | | | Sold | 05/14/20 | J | A | |
| 145. ROTH IRA: FIDELITY MSCI INFORMATION TECHNOLOGY | A | Int./Div. | | | Sold | 05/14/20 | J | A | |
| 146. ROTH IRA: FIDELITY MSCI COMMUNICATION SERV | A | Int./Div. | | | Sold | 05/14/20 | J | A | |
| 147. ROTH IRA: FIDELITY MSCI UTILS INDEX | A | Int./Div. | | | Sold | 05/14/20 | J | A | |
| 148. ROTH IRA: BARON PARTNERS FUND | A | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART II: INVESTMENTS AND TRUST
GAINS AND LOSSES ON RETIREMENT ACCOUNTS ARE NOT REPORTED FOR INCOME TAX PURPOSES AND HAS BEEN ESTIMATED.

| Name of Person Reporting | Date of Report |
|---|---|
| Mora, Mindy A. | 11/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mindy A. Mora**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544